No. 91–1868. BRIDGES v. SECRETARY OF THE AIR FORCE ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1869. PRODUCTION PLATED PLASTICS, INC., ET AL. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1870. HERSHFIELD v. TOWN OF COLONIAL BEACH. Sup. Ct. Va. Certiorari denied.

No. 91–1871. BURKE v. CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 91–1873. VIRGIN ATLANTIC AIRWAYS, LTD., ET AL. v. NATIONAL MEDIATION BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–1874. WELLMAN ET AL. v. FOX ET AL. Sup. Ct. Nev. Certiorari denied.

No. 91–1875. SISTI v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 4th Cir. Certiorari denied.

No. 91–1879. ROSE ACRE FARMS, INC. v. MADIGAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1880. OHIO DEPARTMENT OF LIQUOR CONTROL v. BROOKPARK ENTERTAINMENT, INC. C. A. 6th Cir. Certiorari denied.

No. 91–1881. MOBIL OIL CORP. ET AL. v. CHRISTOPHER ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1882. STEWART v. PARISH OF JEFFERSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1883. PEREZ NARANJO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 91–1887. STEINGOLD v. HARPER ET AL. C. A. 4th Cir. Certiorari denied.